# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————————

No. 1D17-3331

————————————————————

MICHAEL ALEXANDER THOMAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

————————————————————

On appeal from the Circuit Court for Walton County.
Kelvin C. Wells, Judge.

January 8, 2019

PER CURIAM.

AFFIRMED.

WOLF, LEWIS, and WETHERELL, JJ., concur.

————————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————————

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant; Michael Alexander Thomas, pro se, Appellant.

Ashley Brooke Moody, Attorney General, Tallahassee, for Appellee.